UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61280-LEIBOWITZ/AUGUSTIN-BIRCH

**COLE ROBERTSON,**

    *Plaintiff*,

v.

**PAYOPIC, LLC,** *et al.*,

    *Defendants*.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Renewed Motion for Default Judgment [ECF No. 46] (the "R&R"), filed on January 6, 2026, recommending that Plaintiffs' Renewed Motion for Default Judgment [ECF No. 44] ("the Motion") be GRANTED. [ECF No. 46 at 1, 8]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 45]. No objections to the R&R were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby

    **ORDERED AND ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendation [ECF No. 46] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

    2. Plaintiff's Renewed Motion for Default Judgment [ECF No. 44] is **GRANTED.**

    3. Final Default Judgment will be entered by separate order under Federal Rule of Civil Procedure 58.

    4. Plaintiff is directed to e-mail a proposed Final Judgment in Word to leibowitz@flsd.uscourts.gov no later than January 28, 2026.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record