**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-61280-LEIBOWITZ/AUGUSTIN-BIRCH**

**COLE ROBERTSON,**

*Plaintiff,*

*v.*

**PAYOPIC, LLC,** *et al.,*

*Defendants.*

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Verified Motion for Attorney's Fees and Costs [ECF No. 54] (the "R&R"), filed on June 2, 2026, recommending that Plaintiff's Motion [ECF Nos. 50, 53] ("the Motion") be GRANTED IN PART and DENIED IN PART.  [ECF No. 54 at 1, 6].  The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules.  [ECF No. 51].  No objections to the R&R were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 54] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Plaintiff's Motion for Attorney's Fees and Costs [**ECF No. 50 and ECF No. 53**] is **GRANTED IN PART and DENIED IN PART.**

3. The Court awards Plaintiff $7,650.00 in attorney's fees and $626.35 in taxable costs against Defendants, jointly and severally.

**DONE AND ORDERED** in the Southern District of Florida on June 18, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record